*M HW*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**RECEIVED**

*icw*

FEB 10 2010

2-10-2010

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

_Willie Harris_

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

_City of Chicago,_
_City of Chicago Police_
_Department, Superintendent_
_Jody Weiss, Officer_
_Russell Willingham_
_Star # 3664_

(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

**CASE 10 CV 0907**
**JUDGE ZAGEL**
**MAGISTRATE JUDGE SCHENKIER**

**CHECK ONE ONLY:**

[X] **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
28 SECTION 1331 U.S. Code (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

**I.    Plaintiff(s):**

A.    Name: Willie Harris

B.    List all aliases.

C.    Prisoner identification number: #20080090044

D.    Place of present confinement: Cook County Jail, Div-10, 1C

E.    Address: 2600 So. California Ave, P.O. Box 089002
Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.    Defendant: City of Chicago

Title: City of Chicago Government

Place of Employment: City Hall, Chicago, IL

B.    Defendant: Chicago Police Department

Title: Superintendent of Police Jody Weiss

Place of Employment: Police Headquarters, Chicago, IL

C.    Defendant: Russell Willingham, star #3664

Title: Chicago Police Officer, Star #3664

Place of Employment: Chicago Police Headquarters, Chicago, IL

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

**III.**  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: _____

_____

B.  Approximate date of filing lawsuit: _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases:

_____

_____

_____

D.  List all defendants: _____

_____

_____

_____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.  Name of judge to whom case was assigned: _____

_____

G.  Basic claim made: _____

_____

_____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV.    **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. The City of Chicago failed to Protect I Willie Harris from an assault by one Officer Russell Willingham, Star #3664 on December 15th 2008 in Cook County, Chicago, IL.

2. Police Department of Chicago for failing to Proporlly Train Officer Russell Willingham star #3664 on How an when to use the Weapons the City of Chicago issued to Officer Russell Willingham Star #3664 With the instuctions on how to use the Weapons, On December 15th 2008 in Cook County, Chicago, IL

3. Russell Willingham, Star #3664 an Police Officer for the Chicago Police Department, On December 15th 2008 in Cook County, Chicago, IL, Officer Russell Willingham, Star #3664 used excessive force by using his instuction giving Weapons on a Citizen of Cook County, Chicago, IL on December 15th 2008

4

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Willie Harris Wants $5,000,000 for Pain and Suffering from the City of Chicago, Willie Harris Wants $5,000,000 from the Chicago Police Department for imporporly training Officer Russell Willingham, Willie Harris Wants $5,000,0 00 from Officer Russell Willingham for the iNjuries he Recieved oN December 15th 2008 in Cook County, Chicago, IL

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _#218_ day of _#812_, 20 _09_
Month

_Willie Harris_
(Signature of plaintiff or plaintiffs)

Willie Harris
(Print name)

#20080090044
(I.D. Number) Cook County Jail
P.O. Box 089002 Div, 10-1 C
2600 South California Ave
(Address) Chicago, IL 60608

6

Revised 9/2007