UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

Willie Harris
                              Plaintiff,

v.                                                       Case No.: 1:10–cv–00907
                                                            Honorable James B. Zagel

Russell Willingham, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 9, 2010:

      MINUTE entry before Honorable James B. Zagel:Motion hearing held on 9/9/2010. MOTION by Defendant Russell Willingham to dismiss amended complaint [17] is granted. Case is dismissed without prejudice to reinstatement within six weeks after disposition of state court case. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.